

**MEMO ENDORSED**

MORRISTOWN, NJ • NEW YORK, NY • OCEAN CITY, NJ • PHILADELPHIA, PA
SAN JUAN, PR • TRENTON, NJ • WESTBOROUGH, MA • WILMINGTON, DE

CHARLES J. STOIA
MEMBER, NJ, NY AND FL BARS
CERTIFIED BY THE SUPREME COURT OF
NEW JERSEY AS A CIVIL TRIAL ATTORNEY
DIRECT DIAL NO.: 973-889-4106
E-MAIL ADDRESS: CJSTOIA@PBNLAW.COM

July 28, 2023

**VIA ECF**

Hon. Jessica G.L. Clarke
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St.
Courtroom: 20C
New York, NY 10007-1312

    Re:    Federal Insurance Company a/s/o Athenex, Inc., Formerly Known As Knex
              Pharmaceuticals, Inc. v. Eaton Corporation.
              Case No. 1:23-cv-05732
              Initial Conference Date:  August 8, 2023.

Dear Judge Clarke:

       This office represents Defendant Eaton Corporation in the above-referenced matter.  The initial conference in this matter is currently scheduled for August 8, 2023.  Plaintiff's counsel, Paul Tumbleson, has advised that he is away and unavailable to meet and confer prior to the initial conference. Accordingly, the parties jointly request a 30-day adjournment of the conference to permit the parties to meet and confer regarding the pretrial conference memo to be submitted prior to the initial conference.

       The parties are available September 5 through September 8, 2023 for the initial conference.  No prior requests for adjournment have been made.  Thank you for your courtesies in this regard.

                                                    Respectfully,

                                                    Charles J. Stoia

ATTORNEYS AT LAW

7421478

100 SOUTHGATE PARKWAY • POST OFFICE BOX 1997 • MORRISTOWN, NJ  07962-1997
TELEPHONE (973) 538-4006 • FAX (973) 538-5146 • WWW.PBNLAW.COM



Hon. Jessica G.L. Clarke
July 28, 2023
Page 2

CJS:jml
cc:     All Counsel of Record via ECF

The parties' request is GRANTED. The initial pretrial conference in hereby adjourned to **September 5, 2023 at 10 a.m.** The conference will be held remotely by Microsoft Teams.

SO ORDERED.

*Jessica Clarke*

JESSICA G. L. CLARKE
United States District Judge

Dated: August 1, 2023
        New York, New York

7421478